UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY WAYNE TOLVER,

Defendant.

No. 2:92-cr-196-01 WBS

ORDER SETTING BRIEFING SCHEDULE

----oo0oo----

Defendant Anthony Wayne Tolver has filed a pro se motion for early termination of, or modification to, the terms of supervised release under 18 U.S.C. § 3583, the First Step Act, or the Fair Sentencing Act.  (Docket No. 92 at 1.)  The United States shall file any opposition to defendant's motion no later than sixty (60) days from the date of this order. Defendant may file a reply no later than thirty (30) days from the date of the filing of the United States' opposition. After briefing is complete, the court will take the motion under submission and will inform the parties if oral argument or further proceedings

1

are necessary.

IT IS SO ORDERED.

Dated:  June 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE